No. 91-947. FINKELMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. ▪

No. 91-967. TEICH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▪

No. 91-997. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WHITE FARM EQUIPMENT CO. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▪

No. 91-1001. NYE COUNTY, NEVADA, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▪

No. 91-1074. MEYER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▪

No. 91-1113. LEGISLATURE OF THE STATE OF CALIFORNIA ET AL. v. EU ET AL.; and
No. 91-1114. CALIFORNIANS FOR A CITIZEN GOVERNMENT v. LEGISLATURE OF THE STATE OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. Reported below: 54 Cal. 3d 492, 816 P. 2d 1309.

No. 91-1130. ILLINOIS v. KRUEGER. App. Ct. Ill., 2d Dist. Certiorari denied. ▪

No. 91-1143. OWENS-CORNING FIBERGLAS CORP. ET AL. v. WEBB ET AL. Ct. App. Tex., 6th Dist. Certiorari denied. ▪

No. 91-1147. GNATOVICH v. OHIO. Ct. App. Ohio, Medina County. Certiorari denied.

No. 91-1150. JAMA CONSTRUCTION CORP., INC. v. CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied. ▪

No. 91-1154. STANDARD FRUIT CO. ET AL. v. REPUBLIC OF NICARAGUA. C. A. 9th Cir. Certiorari denied. ▪

No. 91-1165. ILLINOIS v. CASAZZA ET AL. Sup. Ct. Ill. Certiorari denied. ▪